Wilson *et al. v.* Wilson.

Filed Feb. 18, 1888.

No. 13,102.

WILSON ET AL. *v.* WILSON.

HUSBAND AND WIFE.—*Purchase of Promissory Note.—Endorsement.—*A wife may buy a promissory note from her husband, and his endorsement will convey it to her as an endorsee.

SAME.—*Money Earned by Wife in Separate Business.—*Money earned by a wife, in a business carried on by her in her own right, belongs to her. Section 5130, R. S. 1881.

From the White Circuit Court.

Rupe *et al. v.* Hadley.

*A, W. Reynolds* and *E. B. Sellers,* for appellants.

*A. K. Sills* and *W. E. Uhl,* for appellee.

ELLIOTT, J.—The appellants executed their promissory note to Leroy Wilson, and he endorsed it to the appellee on the 13th day of March, 1884. At that time she was the wife of Leroy Wilson.

A wife may buy a promissory note from her husband, and his endorsement will convey the note to her as an endorsee.

The money with which the note was paid for, was earned by the appellee in a business carried on by her in her own right. It was her money, and not her husband's. R. S. 1881, sec. 5130.

Judgment affirmed.

Filed Feb. 18, 1888.